IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| PENNSYLVANIA ELECTRIC COIL, LTD., | Case No. 4:06CV000080 |
| Plaintiff, | **ORDER** |
| v. | |
| CITY OF DANVILLE, | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | |

Before me is Defendant City of Danville's Motion for Summary Judgment, or in the Alternative, Motion for Partial Summary Judgment filed January 25, 2008. For the reasons stated in the accompanying Memorandum Opinion, the Motion is GRANTED IN PART.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered this 4th day of April, 2008.

                                                                                                                     s/Jackson L. Kiser
                                                                                                                      Senior United States District Judge